OPINION — AG — ** LIQUEFIED PETROLEUM — TRANSPORTATION — INFORMATION ** THE OVERFILLING OF TANK TRUCKS (ABOVE-GROUND CONTAINERS) HAS RESULTED IN SERIOUS ACCIDENTS CAUSING ENORMOUS PROPERTY DAMAGE. WE WANT TO STOP THIS UNSAFE PRACTICE BY CHECKING TRUCKS LOADED WITH LPG GAS ON THE HIGHWAY AND TO FILE CHARGES AGAINST THE VIOLATORS. PLEASE CHECK OUR RULES AND REGULATIONS. CITE: 21 O.S. 172 [21-172] 21 O.S. 411 [21-411], 52 O.S. 420.8 [52-420.8], ARTICLE II, SECTION 20 (RICHARD M. HUFF)